525 A.2d 1203

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Michael NEISHELL.**

**No. 149 E.D. Appeal Dkt. 1984.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1986.

Decided May 22, 1987.

Ernest D. Preate, Dist. Atty., Paul J. Walker Asst. Dist. Atty., Michael Basista, Scranton, for appellant.

Charles Witaconis, Scranton, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.